[No. 20137-2-II.    Division Two.    June 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL PEREZ-CALVITTO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-03861-3, Rosanne Buckner, J., entered November 16, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 20439-8-II.    Division Two.    June 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WILLIAM ELLSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00753-5, Don L. McCulloch, J., entered February 29, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 20743-5-II.    Division Two.    June 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. THERESA D. PROPST, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 95-1-00182-1, Joel M. Penoyar, J., entered May 24, 1995. *Reversed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 20811-3-II.    Division Two.    June 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE LEE WEED, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 96-1-00001-4, Joel M. Penoyar, J., entered June 6, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.